MARVIN URIST, an Infant, by HERMAN URIST, His Guardian ad Litem, et al., Respondents, *v.* SEABOARD FREIGHT LINES, INC., Appellant, et al., Defendants.

Submitted May 21, 1945; decided July 19, 1945.

*John G. Reilly, Thomas A. Clarke, Milton C. Jacobs* and *Thomas F. Harrigan* for appellant.

*Harry E. Kreindler, Morton S. Waxman* and *Samuel M. Fink,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.